1114

### Hemon MASON v. STATE.
#### No. 17191.

Court of Criminal Appeals of Texas.
Oct. 10, 1934.

Grady L. Fox, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property over the value of $50; punishment being assessed at two years in the penitentiary.

Appellant has filed with this court his affidavit advising that he no longer desires to prosecute his appeal, and at his request the appeal is dismissed.

### Alton MEGASON v. STATE.
#### No. 16997.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

O. W. Blocker, of New Boston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of a still for the manufacture of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular and regularly presented. The evidence heard before the trial court is not brought up for review.

No error having been perceived or pointed out, the judgment is affirmed.

### Oscar MEGASON v. STATE.
#### No. 16998.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

O. W. Blocker, of New Boston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of a still and equipment for the manufacture of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular. The facts heard in the trial court are not before us. Nothing in the proceedings has been perceived which would warrant a reversal of the judgment of conviction. It is therefore affirmed.

### John PARR v. STATE.
#### No. 17203.

Court of Criminal Appeals of Texas.
Oct. 17, 1934.

Sam Williams, of Mt. Pleasant, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.